IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

FILED
CHARLOTTE, NC
DEC - 2 2019
US DISTRICT COURT
WESTERN DISTRICT OF NC

| | |
|---|---|
| UNITED STATES OF AMERICA | Docket No. 5:19-cv-89-KDB |
| v. | BILL OF INFORMATION |
| (1) TRAVIS JUSTIN STOUT | Violations:<br>21 U.S.C. § 841<br>21 U.S.C. § 846 |

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE
(Drug Trafficking Conspiracy)

From in or about 2016, to on or about 2017, in Catawba County, within the Western District of North Carolina, and elsewhere, the Defendant,

**(1) TRAVIS JUSTIN STOUT,**

did knowingly and intentionally combine, conspire, confederate, and agree with others known and unknown to the United States, to possess with intent to distribute a controlled substance, that is, a mixture and substance containing a detectable amount of 3,4-methylenedioxymethamphetamine ("MDMA" or "Ecstasy"), a Schedule I controlled substance, and a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

**Quantity of MDMA and Methamphetamine Involved in the Conspiracy**
It is further alleged that, with respect to the conspiracy offense charged in Count One, a mixture and substance containing a detectable amount of 3,4-methylenedioxymethamphetamine ("MDMA" or "Ecstasy"), a Schedule I controlled substance, and a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance, were attributable to, and were reasonably foreseeable by the Defendant **(1) TRAVIS JUSTIN STOUT.** Accordingly, Title 21, United States Code, Section 841(b)(1)(C) is applicable to Defendant **(1) TRAVIS JUSTIN STOUT.**

## COUNT TWO
**(Possession with Intent to Distribute Methamphetamine)**

On or about August 10, 2016, in Catawba County, within the Western District of North Carolina, and elsewhere, the Defendant,

**(1) TRAVIS JUSTIN STOUT,**

did knowingly and intentionally possess with intent to distribute a controlled substance, that is, a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## NOTICE OF FORFEITURE

Notice is hereby given of 21 U.S.C. § 853, 18 U.S.C. §§ 924 and 982, and 28 U.S.C. § 2461(c). The following property is subject to forfeiture in accordance with Section 853, 924, 982, and/or 2461(c):

a. All property which constitutes or is derived from proceeds of the violations set forth in this bill of information;

b. All property used or intended to be used in any manner or part to commit or facilitate such violations;

c. All property involved or traceable to property involved in such violations;

d. All firearms or ammunition involved or used in such violations; and

e. If, as set forth in 21 U.S.C. § 853(p), any property described in (a) and (c) cannot be located upon the exercise of due diligence, has been transferred or sold to, or deposited with, a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, all other property of the defendant/s to the extent of the value of the property described in (a) and (c).

The following property is subject to forfeiture on one or more of the grounds stated above:

- One (1) S & W 9mm handgun, seized during the investigation on or about August 10, 2016;
- Cell Phones, Computers, SD Cards seized during this criminal investigation;
- Virtual Currency seized during this criminal investigation.


R. ANDREW MURRAY
UNITED STATES ATTORNEY


_____
SANJEEV BHASKER
ASSISTANT UNITED STATES ATTORNEY