# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | DOCKET NO.: 5:19-CR-89 |
| v. | ) | |
| | ) | FACTUAL BASIS |
| TRAVIS JUSTIN STOUT | ) | |
| | ) | |

     NOW COMES the United States of America, by and through R. Andrew Murray, United States Attorney for the Western District of North Carolina, and hereby files this Factual Basis in support of the plea agreement filed simultaneously in this matter.

     This Factual Basis is filed pursuant to Local Criminal Rule 11.2 and does not attempt to set forth all of the facts known to the United States at this time. By their signatures below, the parties expressly agree that there is a factual basis for the guilty plea(s) that the defendant will tender pursuant to the plea agreement, and that the facts set forth in this Factual Basis are sufficient to establish all of the elements of the crime(s). The parties agree not to object to or otherwise contradict the facts set forth in this Factual Basis.

     Upon acceptance of the plea, the United States will submit to the Probation Office a "Statement of Relevant Conduct" pursuant to Local Criminal Rule 32.4. The defendant may submit (but is not required to submit) a response to the Government's "Statement of Relevant Conduct" within seven days of its submission. The parties understand and agree that this Factual Basis does not necessarily represent all conduct relevant to sentencing. The parties agree that they have the right to object to facts set forth in the presentence report that are not contained in this Factual Basis. Either party may present to the Court additional relevant facts that do not contradict facts set forth in this Factual Basis.

     1.    In 2016, law enforcement began investigating the Defendant Travis Stout for trafficking narcotics with a firearm in the greater Hickory, NC area. Homeland Security Investigations (HSI), the US Postal Inspector Service (USPIS) and the Hickory (NC) Police Department (HPD) seized multiple international drug packages belonging to Defendant Travis Stout in the greater Hickory, NC community. Defendant Travis Stout was identified as using the Alpha Bay Dark Web market, among others, to traffic MDMA, Methamphetamine, Amphetamine, and Marijuana narcotics throughout the United States and internationally. He purchased the narcotics with various forms of Virtual Currency (VC), including Bitcoin, and stored the drug proceeds in a VC wallet. This drug conspiracy lasted from 2016-2017.

2. The Defendant, Travis Justin Stout, from in or about 2016, to on or about 2017, in Catawba County, within the Western District of North Carolina, and elsewhere, did knowingly and intentionally combine, conspire, confederate, and agree with others known and unknown to the United States, to possess with intent to distribute a controlled substance, that is, a mixture and substance containing a detectable amount of 3,4-methylenedioxymethamphetamine ("MDMA" or "Ecstasy"), a Schedule I controlled substance, and a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 846. Specifically, the Defendant, Travis Justin Stout, sold these narcotics with co-conspirators on the Dark Web, from his ~~Huntersville~~ HICKORY, NC residence and office.

3. The Defendant, Travis Justin Stout, on or about August 10, 2016, in Catawba County, within the Western District of North Carolina, and elsewhere, did knowingly and intentionally possess with intent to distribute a controlled substance, that is, a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance. All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

R. ANDREW MURRAY
UNITED STATES ATTORNEY

_____
Sanjeev Bhasker
Assistant United States Attorney

Defendant's Counsel's Signature and Acknowledgment

I have read this Factual Basis, the Bill of Information, and the plea agreement in this case, and have discussed them with the defendant. Based on those discussions, I am satisfied that the defendant understands the Factual Basis, the Bill of Information, and the plea agreement. I hereby certify that the defendant does not dispute this Factual Basis.

_____
Eben Rawls, Attorney for Defendant

DATED: 4 November 2018