## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of <u>ONE HUNDRED EIGHT (108) MONTHS AS TO EACH COUNT, ALL SUCH TERMS TO RUN CONCURRENT TO EACH OTHER</u>.

- ■ The Court makes the following recommendations to the Bureau of Prisons:
    1. Participation in any available educational and vocational opportunities.
    2. Placed in a facility as close to Western District of North Carolina, consistent with the needs of BOP.
    3. Defendant shall support all dependents from prison earnings.
    4. Participation in any available mental health treatment programs.

- ■ The Defendant is remanded to the custody of the United States Marshal.

- ☐ The Defendant shall surrender to the United States Marshal for this District:

    - ☐ As notified by the United States Marshal.
    - ☐ At _ on _.

- ☐ The Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    - ☐ As notified by the United States Marshal.
    - ☐ Before 2 p.m. on _.
    - ☐ As notified by the Probation Office.

**RETURN**

FILED
CHARLOTTE, NC

DEC - 9 2020

US DISTRICT COURT
WESTERN DISTRICT OF NC

I have executed this Judgment as follows:

___

Defendant delivered on  9-10-2020  to  FCI Mcdowell  at  Welch, WV , with a certified copy of this Judgment.

C. Maruka, Warden
United States Marshal

By: J. Farrow, CSO
Deputy Marshal